SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet, #124983
bcuret@spcclaw.com
Randy M. Marmor, #074747
rmarmor@spcclaw.com
2000 Powell Street, Suite 830
Emeryville, California 94608
Tel: (415) 352-6200; Fax: (415) 352-6224

Attorneys for FIRST MERCURY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY F/K/A MONTPELIER U.S. INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST MERCURY INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:18-cv-03592-HSG<br><br>**STIPULATION AND ORDER AUTHORIZING ELECTRONIC SERVICE OF DOCUMENTS** |

1. The undersigned parties through their attorneys of record hereby stipulate to entry of this Order Authorizing Electronic Service to effectuate a more expeditious and efficient resolution of the above-captioned litigation. When any of the undersigned parties or their attorneys of record wish to serve a document that is not otherwise filed and served through the Court's Electronic Case Filing ("ECF") system , that party or attorney shall effectuate service of the document pursuant to the procedures set forth in this Order.

2. The following party(ies) consent to electronic service of Documents in this matter:

| For Plaintiff | James Nielsen |
| | Christine Young |
| | Nielsen, Haley & Abbott LLP |
| | 100 Smith Ranch Rd., Suite 350 |
| | San Rafael, CA  94903 |
| | cyoung@nielsenhaley.com |
| | jnielsen@nielsenhaley.com |
| | |
| For First Mercury Insurance Company | Sinnott, Puebla, Campagne & Curet, APLC |
| | 2000 Powell Street, Suite 830 |
| | Emeryville, CA 94608 |
| | bcuret@spcclaw.com |
| | rmarmor@spcclaw.com |
| | mmejia@spcclaw.com |

3. This Order shall apply to the service of documents between the undersigned Parties, and not to the filing or service of documents through the ECF system.  The parties hereto do not intend to modify Local Rule 5.1 and applicability of the ECF system.

4. Any party that serves a Complaint or Cross-Complaint upon a new party after the execution of this Stipulation and Order shall serve a copy of this Stipulation and Order upon the new party.

5. With respect to any attorney or party that has not signed this stipulation service must be effectuated in accordance with applicable Federal Rules of Civil Procedure and Local Rules.

6. All references to "Document" in this Order shall include any exhibits or

attachments to the Document and shall include both pleadings and discovery-related documents.

7. For any Document that is not served through the ECF system, each attorney or party shall serve each Document in Adobe Portable Document Format ("PDF") by electronic mail.

8. Each Document served electronically shall bear a facsimile or typographical signature of at least one of the serving attorneys or pro se litigants, along with the typed name, address, telephone number and State Bar of California number, where applicable, of same. Typographical signatures shall be treated exactly as personal signatures for purposes of electronically served Documents under Local Rule 5.1.

9. Each Document served electronically shall include an Electronic Proof of Service ("EPOS"), by attaching it to the applicable Document.

10. Electronic service of a Document is complete when the electronic notification of service of the Document is sent as reflected in the EPOS attached to the electronically served Document. Any period of notice, or any right or duty to do any act or make any response within any period or on a date certain after the service of the document, which time period or date is prescribed by statute or rule of court, shall be extended after electronic service of a document by two court days unless otherwise provided by statute or rule of court.

SO STIPULATED,

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
2000 POWELL STREET, SUITE 830
EMERYVILLE, CALIFORNIA 94608
TEL (415) 352-6200 • FAX (415) 352-6224

DATED: September 18, 2018    Nielsen, Haley & Abbott LLP

By: /s/Christine Young
James Nielsen
Christine Young
Nielsen, Haley & Abbott LLP
100 Smith Ranch Rd., Suite 350
San Rafael, CA 94903
cyoung@nielsenhaley.com
jnielsen@nielsenhaley.com
Tel: 415-248-0172
Attorneys for Plaintiffs

DATED: September 18, 2018    Sinnott, Puebla, Campagne & Curet, APLC

By: /s/Blaise S. Curet
Blaise S. Curet (SBN 124983)
Randy M. Marmor, (SBN 074747)
2000 Powell Street, Suite 830
Emeryville, CA 94608
Tel: (415) 352-6200
Attorneys for First Mercury Insurance Company

IT IS SO ORDERED

DATED: September 18, 2018    *[signature]*
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

4    Case No. 4:18-cv-03592-HSG
STIPULATION AND ORDER AUTHORIZING ELECTRONIC SERVICE OF DOCUMENTS