JAMES C. NIELSEN (111889)
  jnielsen@nielsenhaley.com
CHRISTINE YOUNG (253964)
  cyoung@nielsenhaley.com
NIELSEN, HALEY & ABBOTT LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Plaintiff
MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY F/K/A MONTPELIER U.S. INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>FIRST MERCURY INSURANCE COMPANY,<br><br>Defendant. | No.: 4:18-cv-03592-HSG<br><br>STIPULATION REGARDING SUMMARY-JUDGMENT BRIEFING SCHEDULE AND HEARING;<br><br>ORDER<br><br>L.R. 7-12 |

Per the Court's September 19, 2018, minute order directing the parties to e-file a stipulation and proposed order setting a briefing schedule for plaintiff's motion for summary judgment, the parties stipulate to the following schedule:

Plaintiff's Opening Brief: October 19, 2018

Defendant's Opposition: November 12, 2018

Plaintiff's Reply: November 29, 2018

| | |
|---|---|
| Hearing: | December 13, 2018 |

**IT IS SO STIPULATED.**

| | |
|---|---|
| October 1, 2018 | NIELSEN, HALEY & ABBOTT LLP |
| | By: ___/s/ Christine Young_____ |
| | James C. Nielsen |
| | Christine Young |
| | Attorneys for Plaintiff |
| | MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY |

| | |
|---|---|
| October 1, 2018 | SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC |
| | By: __/s/ Blaise S. Curet_____ |
| | Blaise S. Curet |
| | Randy M. Marmor |
| | Attorneys for Defendant |
| | FIRST MERCURY INSURANCE COMPANY |

**SIGNATURE ATTESTATION**

I, Christine Young, am the ECF user whose ID and password are being used to file this stipulation. I attest that concurrence in the filing of this document has been obtained from the other signatory.

| | |
|---|---|
| October 1, 2018 | NIELSEN, HALEY & ABBOTT LLP |
| | By: _/s/ Christine Young_____ |
| | Attorneys for Plaintiff |
| | MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties shall adhere to the following briefing schedule for plaintiff's motion for summary judgment:

Plaintiff's Opening Brief:  October 19, 2018

Defendant's Opposition:  November 12, 2018

Plaintiff's Reply:  November 29, 2018

A hearing on this matter is scheduled for **January 10, 2019**, at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California.

DATED: October 2, 2018

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge