SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet, #124983
bcuret@spcclaw.com
2000 Powell Street, Suite 830
Emeryville, California 94608
Tel: (415) 352-6200; Fax: (415) 352-6224

Attorneys for FIRST MERCURY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY F/K/A MONTPELIER U.S. INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST MERCURY INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:18-cv-03592-HSG<br><br>**STIPULATION AND ORDER RESETTING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff Mesa Underwriters Specialty Insurance Company f/k/a Montpelier U.S. Insurance Company and Defendant First Mercury Insurance Company, by and through their attorneys of record, state as follows:

WHEREAS, by Order dated January 2, 2019 (Docket #31), this Court continued the hearing on Plaintiff's motion for partial summary judgment to January 17, 2019, at 2:00 p.m.;

WHEREAS, counsel for Defendant has two other matters set for hearing on January 17, 2019 at 2:00 p.m. before the United States Bankruptcy Court for the

Southern District of California and the State of California, County of Sacramento;

NOW THEREFORE, the Parties stipulate and agree to continue the hearing on Plaintiff's motion for partial summary judgment to January 31, 2019 at 2:00 p.m.

DATED: January 3, 2019　　　　　NIELSEN, HALEY & ABBOTT LLP

By: /s/ James Nielsen
　　James Nielsen
　　Christine Young
　　Attorneys for Plaintiff

DATED: January 3, 2019　　　　　SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

By: /s/Blaise S. Curet
　　Blaise S. Curet
　　Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: January 3, 2019　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE