SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet, #124983 (bcuret@spcclaw.com)
2000 Powell Street, Suite 830
Emeryville, California 94608
Tel: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendant
First Mercury Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY F/K/A MONTPELIER U.S. INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST MERCURY INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:18-cv-03592-HSG<br><br>[PROPOSED] ORDER FOR ENTRY OF JUDGMENT IN FAVOR OF FIRST MERCURY INSURANCE COMPANY AND JUDGMENT |

Defendant filed a request for entry of Judgment on August 23, 2019. Dkt. No. 38. Plaintiff does not oppose the request. *Id*. The Court, therefore, orders that Judgment be entered in favor of Defendant and against Plaintiff on all of Plaintiff's claims for relief in its First Amended Complaint, Dkt. No. 15. The Clerk is directed to close the case.

DATED: August 26, 2019

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge